# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH E. GIMBER,**          : | |
|     Petitioner,                : | |
|                                : | |
|         v.                     : | **CIVIL ACTION NO. 23-CV-5082** |
|                                : | |
| **MARK WAHL**, *et al.*,       : | |
|     Respondents.               : | |

## ORDER

AND NOW this 11th day of September, 2025, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid and Petitioner's Objections thereto, **IT IS ORDERED** that:

1. The Objections [ECF 29] are **OVERRULED**.

2. The Report and Recommendation [ECF 26] is **APPROVED** and **ADOPTED**.

3. The petition for a writ of habeas corpus is **DENIED**; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**